**Entered on Docket
November 02, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

JEFFREY G. SLOANE, ESQ.
Nevada Bar No. 000784
KRAVITZ, SCHNITZER, SLOANE,
& JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4143
JSloane@kssattorneys.com
Attorneys for Creditor/Movant
HUNTINGTON NATIONAL BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under |
| | ) | Chapter 7 |
| TODD D. HARPER and | ) | |
| JENNIFER E. WITTEK-HARPER | ) | |
| | ) | BK-S-09-25836-LBR |
| | ) | |
| Debtors. | ) | Date:   October 21, 2009 |
| | ) | Time:   10:30 AM |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

Creditor, HUNTINGTON NATIONAL BANK's Motion For Relief From Stay having come before this court on October 21, 2009; HUNTINGTON NATIONAL BANK, (hereinafter "Creditor"), appearing by and through its attorney, Jeffrey G. Sloane, Esq. of Kravitz, Schnitzer, Sloane, & Johnson Chtd.; TODD D. HARPER and JENNIFER E. WITTEK-HARPER ("Debtors"), having failed to appear, although duly noticed; no opposition having been filed; and, for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay afforded the Debtors pursuant to 11 U.S.C. Section 362 is hereby terminated as to the 2006 HUYNDAI ELANTRA, VIN KMHDN46DX6U275876.

IT IS SO ORDERED.

DATED this 29th day of October, 2009.

SUBMITTED BY:

KRAVITZ, SCHNITZER, SLOANE, & JOHNSON CHTD.

BY _____
    JEFFREY G. SLOANE, ESQ.
    Nevada Bar No. 000784
    8985 S. Eastern Avenue, Suite 200
    Las Vegas, Nevada 89123
    Attorneys for Creditor

APPROVE/DISAPPROVE:

BY _Did Not Respond_
    TIMOTHY S. CORY, TRUSTEE
    8831 West Sahara Avenue
    Las Vegas, NV 89117

###

ALTERNATIVE METHOD re: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

(   ) The Court has waived the requirement of approval under LR 9021.

(   ) No Parties appeared of filed written objections, and there is no trustee appointed in the case.

( x ) I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel for Plaintiff appeared and the Trustee has __not__ responded.

Date: 10/29/09

/s/JEFFREY G. SLOANE, ESQ.
JEFFREY G. SLOANE, ESQ.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123